# Exhibit A

# Voter registration increases by 187k in just over 2 months

PRESS RELEASE  
For Immediate Release  
October 28, 2016

Contact:

Matt Roberts, Director of Communications  
Phone: (602) 542-2228  
mroberts@azsos.gov (mailto:mroberts@azsos.gov)  
@MattFlackAZ

Secretary of State Michele Reagan has announced the latest voter registration figures and the number of registrants in Arizona have soared by 187,855 to nearly 3.6 million active voters.  It was the largest report-to-report increase since the 2008 General Election which jumped 230,989.

Of the state's 3,588,466 voters, 1,239,614 are Republicans, 1,091,323 are Democrats and 1,219,277 have not designated an officially recognized party preference.  Libertarians and members of the Green party make up a little less than one percent of the state's total registration.

"I was thrilled to see the number of registered voters increase this much," said Secretary Reagan.  "The level of interest in this election is extremely high and it looks as if that passion has translated into people registering to vote at a high rate.  We also hope to add an additional 2,069 potential voters if the court allows those who registered after the statutory deadline to be added to the rolls.

"Now we shift gears to encourage people to return their early ballot or locate their polling place as soon as they can.  Our dedicated election website Arizona.Vote (http://www.arizona.vote) has information on the candidates and ballot measures facing voters.  Plus, they can verify when their ballot was received and counted.  As always, early voters can avoid lines at the polls by simply returning their ballot the same way they received it by using the postage paid envelope and sending it back in the mail no later than November 1.

"As a reminder, polls will be open from 6:00 a.m. to 7:00 p.m. and if voters would like to drop off their early ballot in person, they can do so at any polling place in their county."

The latest voter registration figures compiled by county, congressional district and legislative district are available on www.azsos.gov (https://www.azsos.gov/) or by calling 1-877-THE-VOTE.

2016 General Election Registration Report (https://www.azsos.gov/sites/azsos.gov/files/state_of_arizona_registration_report.pdf)